UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-80054-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALIREZA HAIDARI HENDIJANI,

    Defendant.

_____/

## MOTION FOR PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT

COMES NOW, undersigned counsel for the Defendant, ALIREZA HAIDARI HENDIJANI, and moves this Honorable Court for entry of an Order requiring a Pre-Plea Pre-Sentence Investigation Report, and as grounds therefore would state as follows:

1.    Defendant respectfully requests this Honorable Court to order a Pre-Plea Pre-Sentence Investigation Report.

2.    Assistant U.S. Attorney, John C. McMillan, Jr., has no objection to this Motion.

WHEREFORE, by reason of the foregoing, undersigned prays this Honorable Court for the relief requested above.



Respectfully submitted,

LAVALLE, BROWN, RONAN & SOFF, P.A.
750 South Dixie Highway
Boca Raton, Florida 33432
(561) 395-0000 (Boca Raton); (800) 795-0995
Facsimile: (561) 395-9093

_____
KENNETH J. RONAN
FLORIDA BAR NO.: 339938

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Pre-Plea Pre-Sentence Investigation Report was furnished by hand-delivery to Assistant U.S. Attorney John C. McMillan, Jr., 500 N. Australian Ave., Suite 400, West Palm Beach, FL 33401 this  22nd  day of July, 2002.

LAVALLE, BROWN, RONAN & SOFF, P.A.
750 South Dixie Highway
Boca Raton, Florida 33432
(561) 395-0000 (Boca Raton); (800) 795-0995
Facsimile: (561) 395-9093

_____
KENNETH J. RONAN
FLORIDA BAR NO.: 339938