UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 02-80054-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALIREZA HAIDARI HENDIJANI,

    Defendant.

_____/

ORDER ~~REQUIRING~~ *DENYING REQUEST FOR* PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT

THIS CAUSE having come before this Court on Defendant ALIREZA HAIDARI HENDIJANI's Motion for Pre-Plea Pre-Sentence Investigation Report, and the Court being fully informed, it is

ORDERED AND ADJUDGED that *THE MOTION IS DENIED.* ~~a Pre-Plea Pre-Sentence Investigation Report shall be completed in this matter.~~

DONE AND SIGNED in Chambers at West Palm Beach, Florida this 25th day of July, 2002.

                                    DANIEL T. K. HURLEY
                                    UNITED STATES DISTRICT JUDGE

Copy furnished:
    AUSA John C. McMillan, Jr.
    Kenneth J. Ronan, Esq.