UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-80054-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALIREZA HAIDARI HENDIJANI, et al.,

    Defendants.
_____/

FILED

JAN 2 4 2003

CLERK, USDC / SDFL / WP

## GOVERNMENT'S OBJECTION TO THE
## PRESENTENCE INVESTIGATION REPORT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and hereby provides for the Court and United States Probation Officer's consideration in sentencing the instant Government's Objection to the Presentence Investigation Report. In support thereof, the government states as follows:

1.     <u>Paragraphs 28, 37, 39, and 70</u>: The government respectfully submits that based on the defendant's prior criminal history, he is required to be classified as a "Career Offender" under U.S.S.G. §4B1.1, in that he had a prior felony drug trafficking offense (PSI, para. 37) and a prior crime of violence (PSI, para. 38).

2.     As set forth in the attachments hereto as Government's Exhibit A, the defendant's conviction for possession of marijuana with intent to sell, was <u>charged</u> as an adult charge, and the judgment was an adult judgment. Therefore, the government submits said conviction qualifies for

as a prior felony conviction for purposes of U.S.S.G. §4B1.2 comment. (n.1).

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 820-8711
FAX:    (561) 820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 24th day of January, 2003, to:

Ken J. Ronan, Esq.
750 S Dixie Hwy
Boca Raton, FL 33432
(counsel for defendant Hendijani)

Cora Bencomo
United States Probation Officer
299 E Broward Blvd, Rm. 409
Ft. Lauderdale, FL 33301-1168

By: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

IN THE CIRCUIT/COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT OF FLORIDA, AND FOR PALM BEACH COUNTY

CASE NO. 96-7234 CF A02 DIV. U

STATE OF FLORIDA

v.

Aaron Hendiyani
DEFENDANT
12/08/78   592 44 3489

[ ] COMMUNITY CONTROL VIOLATOR
[X] PROBATION VIOLATOR

JUN-02-1997 10:58am 97-192647
ORB 9819 Pg 874
DOROTHY H. WILKEN, CLERK PB COUNTY,

## JUDGMENT

The above Defendant, being personally before this Court represented by __Jeff Brown__ (attorney)

[ ] Having been tried and found guilty of the following crime(s):
[X] Having entered a plea of guilty to the following crime(s):
[ ] Having entered a plea of nolo contendere to the following crime(s):

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE | CASE NUMBER | OBTS NUMBER |
|---|---|---|---|---|---|
| I | Poss of marij w/intent | 893.13(1)(a) | 3°F | | |

[ ] and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ ] and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794) or lewd and lascivious conduct (ch. 800) the defendant shall be required to submit blood specimens.

[X] and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

SENTENCE STAYED
[ ] The Court hereby stays and withholds imposition of sentence as to count(s) ___ and places the Defendant on [ ] Probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (conditions of probation set forth in separate order).

SENTENCE DEFERRED
[ ] The Court hereby defers imposition of sentence until ___

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the ___ days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was ___ the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

FILED MAY 27 1997

JUDGE, COUNTY/CIRCUIT COURT

GOVERNMENT EXHIBIT A

G:\...\envir\vbyrd\orders.adm\judgment

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this date. 27 MAY, 1997

THE FOLLOWING MUST REFLECT ALL TERMS OF THE NEGOTIATED SETTLEMENT

Name: Aaron Hendijani

Plea: Guilty ✓ X   Guilty/Best Interest _____   Nolo Contendre _____

| Case No. | Charge | Count | Lesser | Degree |
|---|---|---|---|---|
| 97-1905CFA02 | Poss of Firearm by a Delinquent | I | No | 2°F |
| 97-1905CFA02 | CCF | II | No | 3°F |
| 96-7234CFA02 (VOP) | Poss of marij w/intent | | | |

State to Nolle Prosse the following at sentencing: _____

PSI: Waived __X__   Ordered/Requested _____

ADJUDICATION: Adjudicate ( )   Withhold (X)   Court's Discretion ( )

If the Defendant is Adjudicated of possession, sale, trafficking or conspiracy to possess, sell or traffic in any controlled substance; grand theft of a motor vehicle or theft of motor vehicle parts; or, any felony in the commission of which a motor vehicle was used, the Court directs the Department of Motor Vehicles and Highway Safety to revoke the Defendant's driver's license as mandated by law. The clerk is directed to make the proper notifications.

SENTENCE:

$ _____ Fine   $ _____ Court Costs

$ _____ Cost of Prosection   $ _____ Drug Trust Fund

_____ Days / Months / Year Incarceration with credit for time served: which is _____ days

PROBATION: __3__ Months / **Years**
Drug Offender if checked ( )

FILED MAY 27 1997

STANDARD CONDITIONS OF PROBATION HAVE BEEN EXPLAINED BY DEFEENSE COUNSEL
SPECIAL CONDITIONS OF PROBATION:
A) Restitution as per the accompanying order. _____ ( check if ordered)
B) Fine: $ _____   Court Costs: $ 261
   Cost of Prosecution $ 50   Drug Trust Fund: $ 50
C) Substance abuse evaluation and successfully complete any recommended treatment  X  (check if ordered)
D) Randon Drug Testiong as Defendant's expense  X  (check if ordered)
E) Incaarceration: _____ Days _____ Months _____ Year

OTHER COMMENTS OR CONDITIONS:
First year on Community Control II, 100 hour CS, No possession of weapons, No contact w/ Co-△ of (V) Sean Bento, △ to testify truthfully in trial of Co-△, forfeit F/A

SENTEENCING IS DEFFERRED UNTIL _____ IN COURT ROOM _____

THE DEFENDAANT UNDERSTANDS IF S/HE FAILS TO APPEAR OR IS ARRESTED ON NEW CHARGES, A CAPIAS WILL BE ISSUED AND THE COURT WILL IMPOSE THE FOLLOWING SENTENCE: _____

_____        _____
Assistant State Attorrney      Attorney for the Defendant

05/27/97                       _____
Date of Plea                   Defendant

rev. 1/97

# PROBABLE CAUSE AFFIDAVIT

| | |
|---|---|
| OBTS Number | Arrest ☐ / 3. Request for Warrant ☒ / Juvenile ☐ |
| | 2. N.T.A. ☐ / 4. Request for Capias ☐ |
| Agency ORI Number: FLO 5 0 0 0 0 0 | Agency Name: PALM BEACH COUNTY SHERIFF'S OFFICE |
| Agency Report Number: 01-96-070942 | |
| Charge Type: ☒ 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other | |

**Name (Last, First, Middle):** Hendijani, Aaron
**Race:** W  **Sex:** M  **Date of Birth:** 12/08/78

**Charge Description:** Possession of Marijuana with Intent to Sell

**Victim's Name:** STATE OF FLORIDA

---

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...
☐ committed the below acts in my presence.
☐ confessed to _____ admitting to the below facts.
☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
☒ was found to have committed the below acts, resulting from my (described) investigation.

On the **11** day of **May** 19**96** at **1258** ☒ A.M. ☐ P.M.

I responded to the parking lot of the El Tosoro Bar, located at 847 S. Congress Ave. Other units had stopped a vehicle, a 1993 Blue Toyota Tercel 2DR, blue in color, FL Tag PNP72Q, which was involved in a shooting at 4021 Lk Worth Rd. The owner of the vehicle was Aaron Hendijani. I asked Hendijani for consent to search the vehicle. Hendijani also signed a waiver to give me consent to search the vehicle. While Hendijani was signing the consent he gave a spontaneous utterance of "You are going to find narcotics in the car." When I began searching the vehicle I found a large plastic bag which contained 68 individually packed "Nickle Bags" in small blue plastic bags which contained marijuana. The bags are consistent with selling marijuana on the street. Miranda rights were read to Hendijani. Hendijani did admit and state that the marijuana was his. I did a field test of the marijuana with a Duquenois test kit. Substance did test positive for the presence of marijuana. At this time based on my investigation Hendijani was unlawfully and knowingly in actual possession of a material which contained cannibis, commonly known as marijuana, a controlled substance, with the intent to sell or deliver said controlled substance. Contrary to FSS 893.13(1)(A). Hendijani was placed under arrest for Possession of Marijuana with Intent to Sell.

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing instrument was acknowledged before me this **05/11/96** (date) by **Nick Barbera** who is personally known to me.

Cpl. _____ #3604
NOTARY PUBLIC / CLERK OF COURT / OFFICER (F.S.S. 117.10)

Signature of Arresting / Investigating Officer

**Nick Barbera** 3554
NAME OF OFFICER (PLEASE PRINT)

PAGE 1 OF 1

```
IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
   IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA
                    SPRING TERM 1996
                   CRIMINAL DIVISION
```

STATE OF FLORIDA

CASE NO. 96-7234

ISSUE WARRANT

vs.

AARON HAIDARI HENDIJANI, W/M, 12/08/78, 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

_____/

## INFORMATION FOR:

POSSESSION OF MARIJUANA WITH INTENT TO SELL

In the Name and by Authority of the State of Florida:
BARRY E. KRISCHER, as State Attorney for the Fifteenth Judicial Circuit, Palm Beach County, Florida, by and through his undersigned Assistant State Attorney, charges that AARON HAIDARI HENDIJANI on or about MAY 11, 1996, in the County of Palm Beach and State of Florida, was unlawfully and knowingly in actual or constructive possession of a material, compound, mixture or preparation which contained cannabis, commonly known as marijuana, a controlled substance, with intent to sell or deliver said controlled substance, contrary to Florida Statute 893.13(1)(a). (3 DEG FEL) (LEVEL 1)

DC /cr

DEBRA COLTUN
FL. BAR NO. 0561622
Assistant State Attorney
Palm Beach County, Florida

STATE OF FLORIDA
COUNTY OF PALM BEACH

   Appeared before me, DEBRA COLTUN Assistant State Attorney for Palm Beach County, Florida, personally known to me, who, being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged, that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense.

Assistant State Attorney

Sworn to and subscribed to before me this 24 day of June A.D., 1996.

NOTARY PUBLIC, State of Florida

NICOLE JUDITH DEDOMINICIS
MY COMMISSION # CC409092 EXPIRES
September 22, 1998
BONDED THRU TROY FAIN INSURANCE, INC

BERMAN                                                                          DC# W03061
"U"                                                                             Officer: 15-5 PEIRCE

# ORDER WITHHOLDING ADJUDICATION OF GUILT
# AND PLACING DEFENDANT ON COMMUNITY CONTROL II

STATE OF FLORIDA                              In The <u>Circuit</u> Court

   -vs-    Plaintiff                of <u>Palm Beach</u> County, Florida

<u>AARON HAIDARI HENDIJANI</u>                Case No. <u>96-7234CFA02</u>
          Defendant

This cause coming on this day to be heard before me and you, the defendant <u>AARON HAIDARI HENDIJANI</u>, being now present before me, and you having:
PLED GUILTY TO
the offense of <u>POSSESSION OF MARIJUANA WITH INTENT TO SELL (VOP)</u>

    It appearing to the satisfaction of the Court that probation is an unsuitable dispositional alternative to imprisonment in this case and that the seriousness of the offense and other aggravating factors dictate that community-based sanctions should be imposed, requiring intensive supervision and surveillance;

    Now, therefore, it is ordered and adjudged that the adjudication of guilt and imposition of sentence is hereby withheld, and that you be placed in community control program for a period of <u>ONE (1) YEAR AS A SPECIAL CONDITION OF THREE (3) YEARS PROBATION CONCURRENT WITH 97-1905CF</u> under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

    It is further ordered that you shall comply with the following conditions of community control:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Community Control Officer on the form provided for that purpose.

(2) You will pay to the State of Florida the amount of **ONE HUNDRED TWENTY-FOUR AND SEVENTY-ONE ($124.71)** per month, plus a 4% surcharge, toward the cost of your supervision, unless otherwise exempted in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Community Control Officer.

(4) You will neither possess, carry or own any weapons or firearms without first securing the consent of your Community Control Officer.

(5) You will live and remain at liberty without violating the law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your community control.

(6) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Community Control Officer.

(7) You will promptly and truthfully answer all inquiries directed to you by the Court or the Community Control Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(8) You shall report in person to your Community Control Officer at least one (1) time a week, or, if unemployed, report as directed.

(9) You will perform ___ hours of public service work, as directed by your Community Control Officer.

(10) You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work or any other special activities approved by your Community Control Officer.

(11) You will submit to Urinalysis, Breathalyzer or Blood Tests, as directed by your Community Control Officer or the Professional Staff of any treatment center where you may be receiving treatment, to determine the possible use of alcohol, drugs, or controlled substances.

(12) You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

(13) You will participate in self-improvement programs as determined by the Court or your Community Control Officer.

(14) You will make restitution to ___ in the amount of ___ at the rate of at least ___ per month.

(15) You will submit to Electronic Monitoring of your whereabouts as required by the Florida Department of Corrections and will reimburse the State of Florida Electronic Monitoring Trust Fund as provided by 948.09(2), F.S., at a rate of **Thirty ($30.00) Dollars** per month.

(16) Attend an HIV/AIDS Awareness Program consisting of a class of not less than 2 hours or more than 4 hours in length, the cost for which shall be paid by the offender.

(17) NO POSSESSION OF WEAPON.

(18) DRUG EVALUATION AND SUCCESSFUL COMPLETION OF ANY RECOMMENDED TREATMENT.

(19) RANDOM DRUG TESTING.

(20) FIRST YEAR ON CC II.

(21) 100 HOURS COMMUNITY SERVICE TO BE PERFORMED AT RATE OF TEN (10) HOURS PER MONTH.

(22) NO CONTACT WITH CO-DEFENDANT OR SEAN BENTO.

(23) DEFENDANT TO TESTIFY TRUTHFULLY IN TRIAL OF CO-DEFENDANT.

(24) FORFEIT GUN.

Probation Officer is hereby authorized to collect drug testing reimbursement costs from the defendant at the officer's discretion.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your community control, or may extend the period of community control as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision; and if you violate any of the conditions and sanctions of your community control, you may be arrested and the Court may revoke your community control and impose any sentence which it might have imposed before placing you on community control.

It is further order   at when you have reported to t   mmunity Control Officer and have been instructed as to the conditions of community control you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Community Control Officer for his use in compliance with the requirements of law.

**DONE AND ORDERED IN OPEN COURT**, this the 27TH day of MAY, 1997.

Signed this 2 day of June, 1997.

*Howard C Berman*
JUDGE

I acknowledge receipt of a certified copy of this order. The conditions have been explained to me and I agree to abide by them.

Date: _____       _____
(Community Controlee)

Instructed by: _____

Original: Court
Copies: Community Controlee/File
RC 5/27/97

DC4-900E
Rev 3/86

3

BERMAN                  DC# W03061
"U"                      Officer: 15-5 PEIRCE

## ORDER WITHHOLDING ADJUDICATION OF GUILT
## AND PLACING DEFENDANT ON PROBATION

STATE OF FLORIDA           In The <u>Circuit</u> Court

   VS    Plaintiff             of <u>Palm Beach</u> County, Florida

<u>AARON HAIDARI HENDIJANI</u>      Case No. <u>96-7234CFA02</u>
         Defendant

This cause coming on this day to be heard before me, and you, the defendant <u>AARON HAIDARI HENDIJANI</u>, being now present before me, and you having:
PLED GUILTY TO
the offense of <u>POSSESSION OF MARIJUANA WITH INTENT TO SELL (VOP)</u>

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should presently be adjudged guilty and suffer the penalty authorized by law:

Now, therefore, it is ordered and adjudged that the adjudication of guilt and imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of <u>THREE (3) YEARS CONCURRENT WITH 97-1905CF</u> under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:

     (1)     Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.
     (2)     You will pay to the State of Florida the amount of **ONE HUNDRED THREE AND SEVENTY-TWO ($103.72)** per month, plus a 4% surcharge, toward the cost of your supervision, unless otherwise exempted in compliance with Florida Statutes.
     (3)     You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.
     (4)     You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.
     (5)     You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.
     (6)     You will submit to Urinalysis, Breathalyzer or Blood Tests, as directed by your Probation Officer or the Professional Staff of any treatment center where you may be receiving treatment, to determine the possible use of alcohol, drugs, or controlled substances.
     (7)     You will work diligently at a lawful occupation and support any dependents to the best of your ability as directed by your Probation Officer.

(8) You will p.. ..ly and truthfully answer all inqu directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.
(9) Attend an HIV/AIDS Awareness Program consisting of a class of not less than 2 hours or more than 4 hours in length, the cost for which shall be paid by the offender.
(10) NO POSSESSION OF WEAPON.
(11) DRUG EVALUATION AND SUCCESSFUL COMPLETION OF ANY RECOMMENDED TREATMENT.
(12) RANDOM DRUG TESTING.
(13) FIRST YEAR ON CC II.
(14) 100 HOURS COMMUNITY SERVICE TO BE PERFORMED AT RATE OF TEN (10) HOURS PER MONTH.
(15) NO CONTACT WITH CO-DEFENDANT OR SEAN BENTO.
(16) DEFENDANT TO TESTIFY TRUTHFULLY IN TRIAL OF CO-DEFENDANT.
(17) FORFEIT GUN.

Probation Officer is hereby authorized to collect drug testing reimbursement costs from the defendant at the officer's discretion.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation, adjudge you guilty and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT this _27TH_ day of _MAY_, 1997.

Signed this 2 day of June, 1997.                    _____
                                                                                    JUDGE

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date:_____        Probationer_____

Instructed by: _____

Original: Court
Copies:   Probationer/File
RC 5/27/97

DC4-900B
Rev 6/85

2