UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-80054-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

ALIREZA HAIDARI HENDIJANI,

                    Defendant.

_____/

## FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release.  A final revocation hearing was conducted via videoconferencing on March 18, 2021.  The Defendant admitted to the violations listed in the Petition (D.E. 95). The Court finds that Defendant has violated the terms and conditions of supervision.  After hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby **REVOKED.**  The Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **THIRTY-THREE (33) MONTHS** with no supervision to follow.   This term shall run concurrent to the sentence imposed in Case No. 19-80014-TP-DMM.

**DONE AND ORDERED,** at West Palm Beach, Florida, this 19th day of March, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record